**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------**X** Case No. 17-cv-06057-SJF-ARL
KEVIN HERNANDEZ,

|                          |                          |
|--------------------------|--------------------------|
| Plaintiff,               | STIPULATION OF           |
| -against-                | VOLUNTARY DISMISSAL      |

MERCANTILE ADJUSTMENT BUREAU, LLC,

                                        Defendant.
------------------------------------------------------------------------**X**

The Parties, by and through their attorneys, hereby consent to the dismissal of the

above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure

with prejudice and without costs or fees. The class claims are dismissed without prejudice.

Dated:  September 10, 2018.


/s/ *Novlette R. Kidd*                          /s/ *Aaron R. Easley*
NOVLETTE R. KIDD, ESQ.                  AARON R. EASLEY, ESQ.
FAGENSON & PUGLISI, PLLC            SESSIONS FISHMAN NATHAN &
Attorneys for Plaintiff                       ISRAEL, LLC.
450 Seventh Avenue, Suite 704          Attorneys for Defendant
New York, New York 10123              3 Cross Creek Drive
Tel.: (212) 268-2128                        Flemington, New Jersey 08822
Nkidd@fagensonpuglisi.com           Tel.: (908) 237-1660
                                                  Aeasley@sessions.legal


        Dated:  Central Islip, New York
                _____2018.


        IT IS SO ORDERED:



        _____
        HON. SANDRA J. FEUERSTEIN
        United States District Judge