Case 2:17-cv-06057-SJF-ARL   Document 18   Filed 09/11/18   Page 1 of 1 PageID #: 105

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 11 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X Case No. 17-cv-06057-SJF-ARL
KEVIN HERNANDEZ,

                      Plaintiff,                    STIPULATION OF
-against-                                  VOLUNTARY DISMISSAL


MERCANTILE ADJUSTMENT BUREAU, LLC,

                      Defendant.
------------------------------------------------------------X

       The Parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or fees. The class claims are dismissed without prejudice.

Dated: September 10, 2018.


/s/ Novlette R. Kidd
NOVLETTE R. KIDD, ESQ.
FAGENSON & PUGLISI, PLLC
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.: (212) 268-2128
Nkidd@fagensonpuglisi.com

/s/ Aaron R. Easley
AARON R. EASLEY, ESQ.
SESSIONS FISHMAN NATHAN &
ISRAEL, LLC.
Attorneys for Defendant
3 Cross Creek Drive
Flemington, New Jersey 08822
Tel.: (908) 237-1660
Acasley@sessions.legal


       Dated: Central Islip, New York
                            _____2018.

The Clerk of the Court shall close this case.

IT IS SO ORDERED:

9/11/18

s/ Sandra J. Feuerstein
_____
HON. SANDRA J. FEUERSTEIN
United States District Judge